

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-19-00084-CV

_____

NATHAN D. ALBERT AND CHISHOLM
TRAIL REDI-MIX, LLC,

                                          **Appellants**

 v.

FORT WORTH & WESTERN RAILROAD
COMPANY, DAVOIL, INC AND
WILLIAM S. DAVIS,

                                          **Appellees**

_____

**From the 18th District Court**
**Johnson County, Texas**
**Trial Court No. Dc-C201700680**

_____

# O R D E R

_____

Appellants' Unopposed Motion for Extension of Time to File Notice of Appeal,

filed March 5, 2019, is granted. Appellants' notice of appeal is timely filed on or before

March 6, 2019.

PER CURIAM

Before Chief Justice Gray, and
     Justice Davis
(Justice Neill did not participate in deciding the referenced motion)
Motion granted
Order issued and filed March 20, 2019

